IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN,

    Plaintiffs,

*ex rel.* SHELLEY DECARLO,

    Plaintiff/Relator,

v.

M & Y CARE, LLC and
DMITRY TURBOVSKY,

    Defendants.

Civil No. 19-11032

Honorable Mark A. Goldsmith
Mag. Judge Elizabeth A. Stafford

**FILED IN CAMERA AND UNDER SEAL**

## THE GOVERNMENTS' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, and the Michigan Medicaid False Claim Act, M.C.L. §§ 400.601-400.615, the United States and the State of Michigan (collectively the "Governments") notify the Court of their decision to intervene in this action. The Governments, Relator, and Defendants are in the process of executing a settlement agreement to resolve this case without litigation and intend to either dismiss the case, following completion of the proposed settlement, or alternatively, if the settlement is not completed, file any complaint in intervention within 90 days.

The Governments reserve the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C.

§§ 3730(b)(5) and (e)(4) and M.C.L. §§ 400.610a(4) and (12)-(13).

Finally, the Governments request that the relator's Complaint, this Notice, and the accompanying proposed Order be unsealed. The Governments request that all other papers on file in this action remain under seal because in discussing the content and extent of the Governments' non-public investigation, including methods and thought processes for assessing relator's allegations, these submissions were provided under 31 U.S.C. § 3730(b)(3) to the Court, alone, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See id.* 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

        Respectfully submitted,

        JEROME F. GORGON JR.
        United States Attorney

        /s/John Postulka
        JOHN POSTULKA (P71881)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9118
        John.postulka2@usdoj.gov

                                DANA NESSEL
                                Attorney General of Michigan

                                <u>/s/Katherine M. Pittel</u>
                                KATHERINE M. PITTEL (P68878)
                                Assistant Attorney General
                                Health Care Fraud Division
                                P.O. Box 30218
                                Lansing, Michigan 48909
                                (517) 241-6500
                                pittelk1@michigan.gov

Dated: June 18, 2025

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that this Notice and the Proposed Order were served by email upon Relator and the State of Michigan at:

For relator
Fred Elias
Fdelias@e3pc.net

For Michigan
Katie Pittel
pittelk1@michigan.gov

Date: 6/18/25

s/Michelle S. Land
Legal Administrative Specialist