UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN,

    Plaintiffs,

*ex rel.* SHELLEY DECARLO,

    Plaintiff/Relator,

v.

M & Y CARE, LLC and
DMITRY TURBOVSKY,

    Defendants.

Civil No. 19-cv-11032

Honorable Mark A. Goldsmith
Mag. Judge Elizabeth A. Stafford

## **ORDER LIFTING SEAL**

The United States and the State of Michigan having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, and Michigan Medicaid False Claim Act, M.C.L. §§ 400.601-400.615, the Court rules as follows:

IT IS ORDERED that,

1. the relator's complaint (Dkt. 1), the Governments' Notice of Intervention (Dkt. 53), and this Order be unsealed;

2. the United States and the State of Michigan shall either dismiss the case or serve any Complaint in Intervention upon Defendants together with this Order, within 90 days;

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

Dated: July 1, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
United States District Judge